UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUN LI, et al., | § | |
| | § | |
| *Appellants*, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-00029-X |
| | § | |
| WALL007 LLC, et al., | § | |
| | § | |
| *Appellees*. | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS CONSOLIDATED APPEALS**

After considering the First Amended Motion for Voluntary Dismissal of Appeal [Doc. No. 22], the Court **GRANTS** the motion and **DISMISSES** the appeals consolidated in Case No. 3:21-CV-00029-X. Each party shall bear its own costs and fees.

**IT IS SO ORDERED** this 1st day of June 2021.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE